UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID A. JOHNSON,

    Plaintiff,

        v.                                       Case No.   1:20cv880

SIEMENS INDUSTRY, INC.,                 Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 1, 2021 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 16) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 16) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Case is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Pursuant to 28 U.S.C. § 1915(a) an appeal of this Order will not be taken in good faith and therefore will deny plaintiff's leave to appeal in forma pauperis.

**IT IS SO ORDERED.**

                                                            s/*Michael R. Barrett*
                                                            Michael R. Barrett, Judge
                                                            United States District Court