**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

David A. Johnson,

    Plaintiff,

        v.                              Case No.   1:20cv880

Siemens Industry, Inc.,                       Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

[  ]   **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (Doc. 16) are adopted. The case is DISMISSED with prejudice for want of prosecution.

Date: December 16, 2021                  Richard W. Nagel, Clerk
                                                     Clerk

                                   By:        *S/Krista Zeller*
                                                      Deputy Clerk